IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CHARLES STALTER, | § |
| *Plaintiff*, | § Case No. 2:16-CV-00667-JRG-RSP |
| v. | § |
| RWI TRANSPORTATION LLC, RONALD HANNIBAL, | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on April 14, 2017 (Dkt. No. 62) recommending that Defendant's Motion for Partial Summary Judgment (Dkt. No. 35) be granted in part and denied in part. The deadline for filing objections was set on April 25, 2017, and no objections have been filed. Accordingly, and after a de novo review, the Report and Recommendation is ADOPTED. Defendant's Motion for Partial Summary Judgment (Dkt. No. 35) is GRANTED IN PART as to Plaintiff's claim for gross negligence, as well as the claims for negligent supervision, and retention, and DENIED IN PART as to Plaintiff's claims for negligent hiring, training, and entrustment.

**So ORDERED and SIGNED this 27th day of April, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE